UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Christopher Collins, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Agrium U.S., Inc., ) <br> ) <br> ) <br> ) <br> ) <br> Defendant. ) | Case No. 4:21-cv-01061-UNA |

## ORDER

The above styled and numbered case was opened on August 25, 2021 and assigned to the Eastern Division.

After a review of the case, it was determined the case was assigned incorrectly. The case should have been assigned to the Southeastern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Southeastern Division and assigned to the Honorable Abbie Crites-Leoni, United States Magistrate Judge, under cause number 1:21-cv-00120-**ACL**.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-01061 UNA be administratively closed.

GREGORY J. LINHARES<br>CLERK OF COURT

Dated: August 25, 2021           By: /s/ Michele Crayton
                                       Court Services Manager

**In all future documents filed with the Court, please use the following case number 1:21-cv-00120-ACL.**