# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# CAPE GIRARDEAU - SOUTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER COLLINS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-00120-ACL |
| AGRIUM U.S., INC., | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Christopher Collins and Defendant Agrium U.S. Inc. hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this case is dismissed with prejudice, with each party bearing their own fees and costs.

Dated: January 3, 2022.

Respectfully submitted,

| PLAINTIFF CHRISTOPHER COLLINS | DEFENDANT AGRIUM U.S., INC. |
|---|---|
| | /s/*Christina Jaremus* |
| */s/ John P. Clubb* | Andrew Medearis, E.D. of Mo. Bar No. 6337979IL (70244MO) |
| Laura Clubb | amedearis@seyfarth.com |
| lclubb@theclubblawfirm.com | Sara Eber Fowler (admitted *pro hac vice*) |
| John P. (J.P.) Clubb | sfowler@seyfarth.com |
| jpclubb@theclubblawfirm.com | Christina Jaremus (admitted *pro hac vice*) |
| THE CLUBB LAW FIRM, LLC | cjaremus@seyfarth.com |
| 718 Caruthers | SEYFARTH SHAW LLP |
| Cape Girardeau, MO 63701 | 233 South Wacker Drive, Suite 8000 |
| Tel. (573) 651-1900 | Chicago, Illinois 60606 |
| Fax (573) 651-1902 | Telephone:    (312) 460-5000 |
| Attorneys for Plaintiff | Facsimile:    (312) 460-7000 |
| *Attorney for Plaintiff Christopher Collins* | *Attorneys for Defendant Agirum U.S. Inc.* |

## CERTIFICATE OF SERVICE

      I certify that I caused a true and correct copy of *Joint Stipulation of Dismissal* to be filed with the Clerk of the Court using the CM/ECF system, which will serve a copy of the same on the following counsel of record via email:

>Laura Clubb (lclubb@theclubblawfirm.com)
>John P. (J.P.) Clubb (jpclubb@theclubblawfirm.com)
>THE CLUBB LAW FIRM, LLC
>718 Caruthers
>Cape Girardeau, MO 63701
>Tel. (573) 651-1900
>Fax (573) 651-1902
>Attorneys for Plaintiff

>      /s/ *Christina Jaremus*
>      *Attorney for Defendant*
>      *Agrium U.S., Inc.*