# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER COLLINS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:21-CV-00120 JAR |
| AGRIUM, U.S., INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to Defendant's Stipulation for Dismissal with Prejudice (Doc. No. 20),

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice.**

Dated this 4th day of January, 2022.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**